IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

NORMAN A MCCRARY,

    Plaintiff,

v.                                                    CASE NO. 1:10-cv-00114-MP-GRJ

ADAMS, WALTER A MCNEIL, POLK, STEVEN F SINGER, D WORTHINGTON,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 13, Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed for failure to state a claim. The plaintiff filed objections, which the Court has reviewed. After conducting a de novo review of those portions of the Report and Recommendations to which objection was made, the undersigned agrees that this case should be dismissed. Despite being warned by the Magistrate Judge, the plaintiff failed in his Amended Complaint to described specifically how each named defendant denied him access to the courts and how said lack of access actually impeded his efforts to pursue a non-frivolous legal claim. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    This cause is **DISMISSED** for failure to state a claim for relief, and the Clerk is directed that this dismissal should be noted on the docket as a strike within the meaning of 28 U.S.C. §1915 (g).

    **DONE AND ORDERED** this *17th* day of June, 2011

                                    *s/Maurice M. Paul*
                               Maurice M. Paul, Senior District Judge